IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA HACKETT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GREYHOUND LINES, INC. | : | NO. 08-237 |

**O R D E R**

AND NOW, this 11th day of June, 2009, upon consideration of defendant Greyhound Lines, Inc.'s Motion In Limine To Preclude The Plaintiff From Presenting A Claim For Future Lost Wages (Doc. No. 43) and plaintiff's response thereto (Doc. No. 44), and Oral Argument held on June 9, 2009, it is hereby

**ORDERED**

that the Motion is DENIED in part and GRANTED in part.  As set forth in the attached Memorandum of Decision, plaintiff may present evidence of loss of overtime compensation after November, 2008 that was caused by injuries sustained in the bus accident.  However, plaintiff is prohibited from presenting evidence or argument that she will be terminated from her employment with USPS after November, 2010.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
Chief United States Magistrate Judge